IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>2010 LEXUS ES 350,<br>VIN JTHBK1EG2A2371342,<br>TEXAS PLATE NO. BT4223,<br><br>　　　　Respondent in Rem. | No. 4:15-CV-522 |

## COMPLAINT FOR FORFEITURE

The United States of America files this complaint in rem against a 2010 Lexus, Vehicle Identification Number JTHBK1EG2A2371342, Texas license plate number BT4F223 (Respondent property).

I.

This Court has subject matter jurisdiction of this cause of action in rem by virtue of the provisions of 28 U.S.C. §§ 1345 and 1355(a). Venue is proper under 28 U.S.C. § 1355(b)(1) because the actions giving rise to the forfeiture occurred in this District.

II.

The statutory basis for this suit is 21 U.S.C. § 881(a)(4) because the Respondent property was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in 21 U.S.C. § 881(a)(1), (2), or (9). This is shown by the Verification Affidavit in Support of

**Complaint for Forfeiture (Lexus) – Page 1**

Complaint of Forfeiture of Task Force Officer Kevin Brown, attached and incorporated as Ex. 1.   28 U.S.C. §§ 2461 and 2465, 18 U.S.C. § 983, and Rule G of the Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Actions are also applicable.

III.

On or about January 20, 2015, the Respondent property was seized by officers and/or agents of the United States Drug Enforcement Administration (DEA).

IV.

Notice of the proposed non-judicial administrative forfeiture in accordance with 18 U.S.C. § 983(a), and 19 U.S.C. §1607 as incorporated by 21 U.S.C. § 881(d), was sent by the DEA to Laura Pearce, Michael Wilson, and Suzanne Miles and published on the official government internet forfeiture site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days. Pursuant to 18 U.S.C. § 983(a)(3)(A), this action is required to be brought in the United States District Court because Wilson filed a verified claim of ownership to the Respondent property with the DEA on April 20, 2015.

V.

The name of the persons who reasonably appear to be potential claimants to the Respondent property on the facts known to the government at this time are Laura Pearce, the owner of the vehicle and the person from whom it was seized; Michael Wilson, the person listed as a co-owner of the vehicle on the vehicle's title; and Suzanne Miles, Wilson's spouse and Pearce's mother.   Notice of this action can be sent to them by mail, commercial carrier, or electronic mail (Supplemental Rule G(4)(b)(iii)(E) and (4)(b)(iv)).

The known addresses for Pearce are:

>2307 Wild Goose Way
>Arlington, Texas 76016

>USMS No. 49102177
>Parker County Jail
>129 Hogle Street
>Weatherford, Texas 76086

>c/o Anthony Green
>Law Office of Anthony Green
>209 S Jennings Ave
>Fort Worth, Texas 76104

The known addresses for Wilson are:

>c/o Bethel Zehaie
>Stickels Law
>770 North Fielder Road
>P.O. Box 121431
>Arlington, Texas 76012

>5740 Joshua Court
>Mansfield, Texas 76063

The known address for Miles is:

>5740 Joshua Court
>Mansfield, Texas 76063

## VI.

WHEREFORE, the United States of America, requests that:

1. The District Clerk issue a warrant for the arrest of the Respondent property pursuant to Supplemental Rule G(3)(b)(i);

2. The Respondent property be arrested by the United States Marshal, as

**Complaint for Forfeiture (Lexus) – Page 3**

provided by Supplemental Rule G(3)(c);

3. Publication of notice of this forfeiture action be made by posting notice on the official government internet forfeiture site (www.forfeiture.gov), for at least 30 consecutive days, in accordance with Supplemental Rule G(4)(a).

4. Direct notice of this forfeiture action be given to those persons who reasonably appear to be potential claimants in accordance with Supplemental Rule G(4)(b).

5. All persons having any interest in or right against the Respondent property be advised by the public notice or the direct notice to timely file in this Court a verified claim identifying the interest or right to the Respondent property as required by Supplemental Rule G(5)(a) and 18 U.S.C. § 983(a)(4)(A); and to file an answer to this Complaint for Forfeiture or motion under Fed. R. Civ. P. 12 in the manner required by the Supplemental Rule G(5)(b) and 18 U.S.C. § 983(a)(4)(B).  Further any person filing a verified claim of interest or right and/or an answer shall serve a copy of same on Megan J. Fahey, Assistant United States Attorney, Burnett Plaza, Suite 1700, 801 Cherry Street, Unit #4, Fort Worth, Texas 76102-6882.

6. At the conclusion of this proceeding, the Respondent property be condemned by order and judgment of this Court and declared and decreed to be forfeited to the United States of America in accordance with law.

7. All costs and expenses incurred by the United States in obtaining the forfeiture of the Respondent property be appropriately taxed against any person or entity who may file a verified claim and answer herein, and/or if more than one person or entity

files a verified claim and answer herein be jointly taxed and prorated among them, as the Court deems just and equitable.

                                    Respectfully submitted,

                                    JOHN R. PARKER
                                    ACTING UNITED STATES ATTORNEY

                                    *s/ Megan J. Fahey*
                                    Megan J. Fahey
                                    Assistant United States Attorney
                                    Texas State Bar No. 24043655
                                    Burnett Plaza, Suite 1700
                                    801 Cherry Street, Unit #4
                                    Fort Worth, Texas 76102-6882
                                    Telephone: 817-252-5281
                                    Facsimile: 817-252-5455
                                    megan.fahey@usdoj.gov